UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60890-CIV-ALTONAGA/Simonton

**BENJAMIN GONZALEZ**,

    Plaintiff,
v.

**FINANCIAL RECOVERY
SERVICES, INC.**,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Stipulation for Joint Dismissal Without Prejudice [ECF No. 17]. Accordingly, it is

**ORDERED AND ADJUDGED** that the above-captioned case is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees. Any pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

**DONE AND ORDERED** in the Southern District of Florida this 22nd day of May, 2013.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record